No. 1083, Misc. FORD v. WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1086, Misc. LEWIS v. MANCUSI, WARDEN. Ct. App. N. Y. Certiorari denied.

No. 1087, Misc. LEE v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1088, Misc. THOMAS v. WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1089, Misc. JOHNSON v. DEPARTMENT OF CORRECTION ET AL. C. A. 9th Cir. Certiorari denied.

No. 1090, Misc. GROVE v. WILSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1091, Misc. LEPPER v. LANGLOIS, WARDEN. Sup. Ct. R. I. Certiorari denied.

No. 1096, Misc. SMITH v. CALIFORNIA. Dist. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1099, Misc. BUTLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1102, Misc. COLEMAN v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1106, Misc. DANIELS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1108, Misc. KING v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1110, Misc. PIERSON v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.